AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Texas

Katelyn Hanks, )
)
)
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 3:19-cv-00026-B
Rainy Day, Inc. and Nancy Smith Chandler, )
)
)
_____ )
*Defendant(s)* )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RAINY DAY, INC.
c/o Brian M. Lidji, Registered Agent
200 Crescent Court, Suite 1500
Dallas, TX 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Douglas S. Schapiro, Esq.
The Schapiro Law Group, P.L
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
(561) 807-7388

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

Rec'd Date __1-7-19__ Rec'd Time __12:00 Pm__
Service To __TONY LUNA, MANAGER__
Date __1-24-19__ Time __11:10 AM__
Gean O. Smith   PSC-4683
Sig. __Gean O. Smith__

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:19-cv-00026-B

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) RAINY DAY, INC. REGISTERED AGENT, BRIAN M. LIDJI
was received by me on (date) 1-7-2019 @ 12:00 PM

☐ I personally served the summons on the individual at (place) _____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) TONY LUNA, MANAGER, who is designated by law to accept service of process on behalf of (name of organization) RAINY DAY, INC. 4322 LEMMON AVE., DALLAS, TX 75219 on (date) 1-24-2019 @ 11:30 AM ; or
DELIVERED TO MIA'S TEX MEX RESTAURANT.

☐ I returned the summons unexecuted because _____ ; or

☐ other (specify) _____

My fees are $ _____ for travel and $ _____ for services for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 1-24-2019

Gean O. Smith  PSC 4683
Server's signature

GEAN O. SMITH   PROCESS SERVER
Printed name and title

P.O. Box 864036
PLANO, TX 75086
Server's address

Additional information regarding attempted service, etc: